UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 26-mj-6246-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

Mark Fensterszaub

      Defendant,

_____/

## ORDER

**THIS CAUSE** came before the Court pursuant to the arrest of the above-named defendants. Being fully advised in the premises, it is hereby **ORDERED** and **ADJUDGED** that this case is unsealed.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Florida on this 6th day of May 2026.

Dated:

_____
**PANAYOTTA AUGUSTIN-BIRCH
UNITED STATES MAGISTRATE JUDGE**